**Case #:** 3:21-mj-2139      **Date:** August 10, 2021

United States of America    vs.    Clifford Meteer

**Present before:** Honorable H. Bruce Guyton, Chief United States Magistrate Judge

| Mallory Dahl | ECRO | April Bradford |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| Casey Arrowood | Benjamin Sharp | |
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for a Rule 5 initial appearance on a warrant issued out of the District of Columbia.

- [x] Defendant sworn.
- [x] Defendant requested appointment of counsel and submitted financial affidavit.
- [x] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [ ] Government requested detention of the defendant:
- [x] Defendant waived and reserved the right to a Rule 5 hearing in this district.
- [ ] Defendant requested a _____ hearing.
  - [ ] Hearing set. [ ] Hearing held.
- [x] Parties agreed to conditions on which the defendant could be released and the defendant is Ordered to appear in originating district on August 17, 2021 at 1:00 p.m.
- [ ] Defendant remanded to the custody and the U.S. Marshal Service is directed to transport the defendant to the originating district for further proceedings.
- [ ] Case under seal as to defendant(s):
  - [ ] Unsealed upon granting of motion by AUSA. [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

**Time:** 3:15 p.m.    **to** 3:30 p.m.

(●) I, Mallory Dahl    Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Knox-DCR_ 321mj2139 _ 081021 _